UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNUM LIFE INSURANCE COMPANY
OF AMERICA,

    Plaintiff,

v.                                                  Case No: 5:13-cv-284-Oc-22PRL

NANCY FRANK

    Defendant.
_____

## ORDER

This matter is before the Court on Plaintiff's Unum Life Insurance Company's Unopposed Motion to Conduct Case Management Meeting by Telephone. (Doc. 9). Defendant is proceeding *pro se*.

Plaintiff's motion recites that they wish to conduct the case management conference by telephone "in order to reduce expenses." Counsel for Plaintiff is located in Boca Raton, Florida, *pro se* Defendant resides in Beverly Hills, Florida.

While not unsympathetic to the parties' request, the Court believes that in person participation at the case management conference far outweighs the expense and/or inconvenience of traveling to the conference. Indeed, case management conferences are an essential part of this Court's approach to the adversary process. Local Rule 3.05 requires an in person meeting, not just to set deadlines, but also for the attorneys, including parties proceeding pro se, to meet each other and to set the groundwork for a working civil and cordial relationship.

Accordingly, Plaintiff's Motion (Doc. 9) is **DENIED**. The parties shall have 14 days from the date of this order to conduct the in person meeting and file their case management report.

**DONE** and **ORDERED** in Ocala, Florida on September 20, 2013.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties